### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **LEONARD O. POWERS,** ) | |
|     **Plaintiff** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | Case No. **1:09cv00055** |
| **EQUITABLE PRODUCTION** ) | |
| **COMPANY, etc.** ) | BY: Glen M. Williams |
|     **Defendant** ) | Sr. United States District Judge |

    This case is currently before the court on the plaintiff's motion for summary judgment, (Docket Item No. 13). This case was referred, pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. On October 26, 2009, the Magistrate Judge entered a report and recommendation, (Docket Item No. 21), ("the Report"), recommending the motion for summary judgment be denied. Objections to the Report were due by November 12, 2009; however, no objections were filed. As such, the Magistrate Judge's Report shall be **ACCEPTED**.

    Accordingly, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the plaintiff's motion for summary judgment is **DENIED**.

    The Clerk is hereby directed to enter this Order and send copies of this Order to all counsel of record.

Enter: this 13th day of November, 2009.

/s/ Glen M. Williams
SENIOR UNITED STATES DISTRICT JUDGE