# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **LEONARD O. POWERS**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09CV00055 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **EQT PRODUCTION COMPANY, ETC.**, | ) | By: James P. Jones |
| | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

The defendant has filed a Motion to Dismiss, which was referred to the magistrate judge for report and recommendations. The magistrate judge issued her report and recommendations on January 26, 2010, to which the defendant has filed timely objections. Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the defendant objected, it is **ORDERED** as follows:

1. The defendant's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The Motion to Dismiss (#7) is DENIED.

ENTER: February 9, 2010

/s/ JAMES P. JONES
Chief United States District Judge